Thomas J. **JEFFREYS**, Plaintiff–Appellant,

v.

**UNITED TECHNOLOGIES CORPORATION**, Sikorsky Aircraft Division, Defendant–Appellee.

No. 03–9178.

United States Court of Appeals,
Second Circuit.

April 21, 2005.

Thomas J. Jeffreys, Waterbury, CT, for Appellant, pro se.

Edward J. Dempsey, Labor Counsel, United Technologies Corp., Hartford, CT, for Appellee.

Present: KEARSE, JACOBS, and STRAUB, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**. *See generally Jeffreys v. United Techs. Corp.*, 69 Fed.Appx. 28 (2d Cir.2003).